# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR, ET AL., )<br> )<br>    Plaintiff )<br> )<br> v. )<br> )<br>MUDD, et al., )<br> )<br>    Defendants. )<br>_____) | Case No. 1:07-cv-02130<br>Honorable Paul L. Friedman |

## NOTICE OF FILING

Plaintiff, Patricia Arthur, by and through counsel, hereby file the attached verification (Ex. A, hereto) of the Complaint filed in the above captioned action,

Date: December 10, 2007

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
DC Bar #418073
The Mason Law Firm, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC  20036
Tel: (202) 429-2290
Facsimile: (202) 429-2294

Brian J. Robbins
Marc M. Umeda
Ashley R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel: (619) 525-3990
Facsimile:  (619) 525-3991

Counsel for Plaintiffs

Case 1:07-cv-02130-RJL    Document 3    Filed 12/11/2007    Page 2 of 2

## VERIFICATION

I, Patricia Arthur, have read the Fannie Mae Verified Derivative Complaint and know the contents thereof. The Complaint is true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated: Nov 21, 2007

*[signature]*
PATRICIA ARTHUR

263690_1