**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                      Plaintiff,<br>  vs.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>                      Defendants,<br>  -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br>                      Nominal Defendant. | Case No. 1:07-CV-02130-PLF |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** 
**OF MARC M. UMEDA**

Upon the annexed declaration of Gary E. Mason, executed this 31st day of January, 2008, plaintiff Patricia Browne Arthur moves, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, that Marc M. Umeda, a member of the bar of the State of California, and an attorney at the law firm of Robbins Umeda & Fink, LLP, be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

DATED: January 31, 2008

/s/ Gary E. Mason
GARY E. MASON
THE MASON LAW FIRM
DC Bar #418073
1225 19th Street Northwest
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
ASHLEY R. PALMER
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

309919_1.DOC

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>      Plaintiff,<br><br> vs.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>      Defendants,<br><br> -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br><br>      Nominal Defendant. | ) Case No. 1:07-CV-02130-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GARY E. MASON IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF MARC M. UMEDA**

Gary E. Mason, declares, pursuant to 28 U.S.C. §1746, as follows:

1.  I am a member in good standing of the bar of this Court and an attorney at The Mason Law Firm. I make this declaration in support of the motion by plaintiff Patricia Browne Arthur, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, that Marc M. Umeda be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

2.  Marc M. Umeda is fully familiar with this action and is an attorney at the law firm of Robbins Umeda & Fink, LLP, 610 West Ash Street, Suite 1800, California 92101, telephone number (619) 525-3390.

3.  Marc M. Umeda is a member in good standing of the bar of the State of California, as evidenced by the annexed certificate, and has not been disciplined by any bar.

4.  The following is a list of all bars to which the attorney has been admitted and the date admitted:

| Bar | Date |
|---|---|
| State of California | 12/2/98 |
| Northern District of California | 9/30/02 |
| Central District of California | 9/12/02 |
| Southern District of California | 12/8/98 |
| District of Colorado | 6/23/05 |
| USCA Fourth Circuit | 2/17/05 |
| USCA Third Circuit | 11/15/05 |
| USCA Seventh Circuit | 1/20/06 |
| USCA Second Circuit | 4/12/06 |
| USCA Ninth Circuit | 3/7/07 |

5.  Marc M. Umeda has not been admitted *pro hac vice* in this Court within the last two years.

6.  I respectfully request that plaintiff's motion be granted in all respects. A proposed order is enclosed herewith.

I declare under penalty of perjury, that the foregoing is true and correct.

- 1 -

- 2 -

DATED: January 31, 2008

                                                  /s/ Gary E. Mason
                                                 GARY E. MASON
                                                 DC Bar #418073
                                                 The Mason Law Firm, LLP
                                                 1225 19th Street, N.W.
                                                 Suite 500
                                                 Washington, DC  20036
                                                 (202) 429-2290
                                                 Fax: (202) 429-2294

## VERIFICATION

STATE OF CALIFORNIA  §
                    §
COUNTY OF SAN DIEGO  §

    Before me, the undersigned notary, on this day, personally appeared Marc M. Umeda, a person whose identity is known to me. After I administered an oath to him, he verified that he read the foregoing Motion for Admission *Pro Hac Vice* and supporting documents and the facts stated therein are within his personal knowledge and are true and correct.

_____
Marc M. Umeda

    SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 30th day of January, 2008, to certify which witness my hand and official seal.



NOTARY PUBLIC IN AND FOR
THE STATE OF CALIFORNIA

_____
Katherine Scheele

My Commission Expires: June 24, 2009

316950_1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Plaintiff,<br><br>   vs.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>                    Defendants,<br><br>   -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br>                    Nominal Defendant. | )  Case No. 1:07-CV-02130-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MARC M. UMEDA**

- 1 -

     Upon the motion of plaintiff Patricia Browne Arthur, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, for an order admitting Marc M. Umeda *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown, it is hereby ORDERED that the motion is GRANTED in all respects.

DATED: _____, 2008

                                                                       _____
                                                                       Hon. Paul L. Friedman
                                                                       United States District Court Judge

310221_1.DOC