## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN, <br><br> Defendants, <br><br> -and- <br><br> FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation, <br><br> Nominal Defendant. | Case No. 1:07-CV-02130-PLF |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF ASHLEY R. PALMER

-1 -

 Upon the annexed declaration of Gary E. Mason, executed this 31st day of January, 2008, plaintiff Patricia Browne Arthur moves, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, that Ashley R. Palmer, a member of the bar of the State of California, and an attorney at the law firm of Robbins Umeda & Fink, LLP, be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

DATED:  January 31, 2008

         /s/ Gary E. Mason
         GARY E. MASON
         THE MASON LAW FIRM, LLP
         DC Bar # 418073
         1225 19th Street Northwest
         Washington, DC 20036
         Telephone: (202) 429-2290
         Facsimile:  (202) 429-2294

         ROBBINS UMEDA & FINK, LLP
         BRIAN J. ROBBINS
         MARC M. UMEDA
         ASHLEY R. PALMER
         610 West Ash Street, Suite 1800
         San Diego, CA 92101
         Telephone: (619) 525-3990
         Facsimile:  (619) 525-3991

         Attorneys for Plaintiff

309919_1.DOC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>    Defendants,<br><br>  -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br>    Nominal Defendant. | ) Case No. 1:07-CV-02130-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GARY E. MASON IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE*** **OF ASHLEY R. PALMER**

Gary E. Mason, declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am a member in good standing of the bar of this Court and an attorney at The Mason Law Firm. I make this declaration in support of the motion by plaintiff Patricia Browne Arthur, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, that Ashley R. Palmer be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

2. Ashley R. Palmer is fully familiar with this action and is an attorney at the law firm of Robbins Umeda & Fink, LLP, 610 West Ash Street, Suite 1800, California 92101, telephone number (619) 525-3390.

3. Ashley R. Palmer is a member in good standing of the bar of the State of California, as evidenced by the annexed certificate, and has not been disciplined by any bar.

4. The following is a list of all bars to which the attorney has been admitted and the date admitted:

    State of California    12/5/06

5. Ashley R. Palmer has been admitted *pro hac vice* in the case titled *Anderson v. Klaassen, et al.*, No. 1:07-cv-00286, in this Court within the last two years.

6. I respectfully request that plaintiff's motion be granted in all respects. A proposed order is enclosed herewith.

I declare under penalty of perjury, that the foregoing is true and correct.

DATED: January 31, 2008

                        /s/ Gary E. Mason
                        GARY E. MASON
                        DC Bar# 418073
                        The Mason Law Firm, LLP
                        1225 19th Street, NW
                        Suite 500
                        Washington, DC 20036
                        (202) 429-2290
                        Fax: (202) 429-2294

VERIFICATION

STATE OF CALIFORNIA §
§
COUNTY OF SAN DIEGO §

    Before me, the undersigned notary, on this day, personally appeared Ashley R. Palmer, a person whose identity is known to me. After I administered an oath to her, she verified that she read the foregoing Motion for Admission *Pro Hac Vice* and supporting documents and the facts stated therein are within her personal knowledge and are true and correct.

_____  1/30/08
Ashley R. Palmer

    SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 30th day of January, 2008, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF CALIFORNIA

_____
Katherine Scheele

My Commission Expires: June 24, 2009



KATHERINE B. SCHEELE
COMM. #1590913
Notary Public · California
San Diego County
My Comm. Expires Jun. 24, 2009

316949_1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Plaintiff,<br><br>   vs.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A. WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>                    Defendants,<br><br>   -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br>                    Nominal Defendant. | ) Case No. 1:07-CV-02130-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF ASHLEY R. PALMER**

- 1 -

  Upon the motion of plaintiff Patricia Browne Arthur, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, for an order admitting Ashley R. Palmer *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown, it is hereby ORDERED that the motion is GRANTED in all respects.

DATED: _____, 2008

                   _____
                   Hon. Paul L. Friedman
                   United States District Court Judge

310221_1.DOC