UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR, ET AL., )<br>)<br>**Plaintiff** )<br>)<br>) | Case No. 1:07-cv-02130 |
| v. )<br>) | Honorable Paul L. Friedman |
| MUDD, et al., )<br>)<br>**Defendants.** )<br>_____ ) | |

## NOTICE OF FILING

Plaintiff, Patricia Arthur, by and through counsel, hereby file the attached Certification from the State of California for Marc M. Umeda, (Ex. A, hereto). This certification is referenced in the Declaration of Gary E. Mason in support of the Motion to Admit Mark M. Umeda Pro Hac Vice (Docket No. 7), filed on January 31, 2008.

Date: February 1, 2008                     Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
DC Bar #418073
The Mason Law Firm, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC  20036
Tel: (202) 429-2290
Facsimile: (202) 429-2294

Brian J. Robbins
Marc M. Umeda
Ashley R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel: (619) 525-3990
Facsimile: (619) 525-3991

Counsel for Plaintiffs



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 14, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC MASATARO UMEDA, #197847 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1998; that from the date of admission to February 23, 2000, he was an ACTIVE member of the State Bar of California; that on February 23, 2000, he transferred at his request to the INACTIVE status as of May 4, 1999; that from that date to June 19, 2001, he was an INACTIVE member of the State Bar of California; that on June 19, 2001, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records