UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR, ET AL., )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>MUDD, et al., )<br>)<br>    Defendants. )<br>_____) | **Case No. 1:07-cv-02130**<br>**Honorable Paul L. Friedman** |

**NOTICE OF FILING**

Plaintiff, Patricia Arthur, by and through counsel, hereby file the attached Certification from the State of California for Ashley R. Palmer (Ex. A, hereto). This certification is referenced in the Declaration of Gary E. Mason in support of the Notice of Motion for Admission Pro Hac Vice of Ashley R. Palmer (Docket No. 8), filed on January 31, 2008.

Date: February 1, 2008             Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
DC Bar #418073
The Mason Law Firm, LLP
1225 19th Street, N.W., Suite 500
Washington, DC  20036
Tel: (202) 429-2290
Facsimile: (202) 429-2294

Brian J. Robbins
Marc M. Umeda
Ashley R. Palmer
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel: (619) 525-3990
Facsimile:  (619) 525-3991

Counsel for Plaintiffs



# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ASHLEY RAWLINS PALMER, #246602 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records