UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA BROWNE ARTHUR, Derivatively on Behalf of FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Plaintiff,<br><br>   v.<br><br>DANIEL H. MUDD, ROBERT J. LEVIN, MICHAEL J. WILLIAMS, THOMAS A. LUND, PETER S. NICULESCU, WILLIAM B. SENHAUSER, KENNETH J. BACON, LINDA K. KNIGHT, ROBERT T. BLAKELY, BETH A WILKINSON, DAVID C. HISEY, STEPHEN M. SWAD, H. PATRICK SWYGERT, STEPHEN B. ASHLEY, JOE K. PICKETT, LESLIE RAHL, JOHN K. WULFF, GREG C. SMITH, BRIDGET A. MACASKILL, DENNIS R. BERESFORD, BRENDA J. GAINES, KAREN N. HORN, LOUIS J. FREEH, JOHN C. SITES, JR., THOMAS P. GERRITY and KENNETH M. DUBERSTEIN,<br><br>       Defendants,<br><br>   -and-<br><br>FANNIE MAE f/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally chartered corporation,<br><br>       Nominal Defendant. | Case No. 1:07-cv-02130-PLF |

## NOTICE OF APPEARANCE

Please take notice that Lasagne A. Wilhite of Reed Smith LLP, located at 1301 K Street, NW, Suite 1100 – East Tower, Washington, DC 20005, hereby enters her appearance as counsel of record for Defendant Leslie Rahl.

Dated: April 28, 2008

Respectfully submitted,

REED SMITH LLP

By: /s/ *Lasagne A. Wilhite*
    Lasagne A. Wilhite,
    DC Bar No. 475438
    1301 K Street, NW
    Suite 1100 – East Tower
    Washington, DC 20005
    T: 202/414-9200
    F: 202/414-9299

    ***Counsel to Defendant Leslie Rahl***

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I filed electronically the foregoing Notice of Appearance with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

                        /s/ Lasagne A. Wilhite
                        Lasagne A. Wilhite