CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICIA BROWNE ARTHUR    )
    ET AL.    )
    )
    Plaintiff    )
    )
v.    )    Civil Case Number 07-2130 (RJL)
    )
    )
    )
DANIEL H. MUDD    )    Category    E
    )
    )
    Defendants    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 30, 2008 from Judge Paul L. Friedman to Judge Richard J. Leon by direction of the Calendar Committee.

(Case Randomly Reassigned as related to CA 04-1783 before Judge Leon)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Friedman & Courtroom Deputy
       Judge Leon & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk